# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Ronald R Smith
906 E Hackberry Dr
Arlington Heights, IL 60004
SSN: xxx–xx–4925 EIN: N.A.
fdba Chicago and Suburban Mortgage Corp (LLC), fdba Bishop Properties LLC, ...

Case No. :   15–03816
Chapter :   7
Judge :   Jacqueline P. Cox

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847–673–8600

Trustee:
Gus A Paloian
Seyfarth, Shaw, Et Al
131 South Dearborn Street
Suite 2400
Chicago, IL 60606

(312) 460–6299

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on **February 5, 2015** .

1. **September 4, 2015** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **September 4, 2015** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: June 4, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Ronald R Smith
    Debtor

Case No. 15-03816-JPC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: mflowers　　　　Page 1 of 2　　　　Date Rcvd: Jun 04, 2015
　　　　　　　　　　　　　　Form ID: ntcftfc7　　　Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2015.

```
db             +Ronald R Smith,    906 E Hackberry Dr,    Arlington Heights, IL 60004-1527
22898130       +Amalgamated Bk Chicago,    1 W Monroe St,    Chicago, IL 60603-5384
22898131       +Amalgmtd Tr,    1 W Monroe St,    Chicago, IL 60603-5301
22898134       +Anderkon Dental,    5136 N Harlem,    Harwood Heights, IL 60706-3617
22898135       +Anthony Campanale,    155 N Michigan Ave,    Chicago, IL 60601-7612
22898136       +Associated Bank,    PO Box 790408,    Saint Louis, MO 63179-0408
23005143       +Beverly Bank & Trust Company,    105 W Adams Street Suite 1800,    Chicago, IL 60603-6235
22898137       +Beverly Bank and Trust,    10258 S Western Ave,    Chicago, IL 60643-1948
22920970        Beverly Bank and Trust Company, N.A.,    6292 South Route 83, Suite 200,    Willowbrook, IL 60527
22898156      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Home Depot,    Processing Center,    Des Moines, IA 50364)
22898146       +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                West Palm Beach, FL 33416-4738
22898147       +City of Chicago,    Department of Finance,    PO Box 6330,    Chicago, IL 60680-6330
22898150       +City of Chicago,    PO Box 6330,    Chicago, IL 60680-6330
22898151       +City of Chicago - Water Department,    333 S State St,    Chicago, IL 60604-3972
22898152       +Dan Korvas,    720 Victoria Lane,    Palatine, IL 60074
22898154       +Harris,    Harris & Harris, Ltd.,    111 W Jackson Blvd 400,    Chicago, IL 60604-4135
22898155       +Harris & Harris LTD,    111 W Jackson Blvd, Ste 400,    Chicago, IL 60604-4135
22898157       +Law Office of Kenneth Freed,    14226 Ventura Blvd,    Sherman Oaks, CA 91423-2715
22898158       +Marquette National Ban,    6316 S Western Ave,    Chicago, IL 60636-2491
22898162       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
22898163      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067)
23004443       +NationStar Mortgage LLC,    Pierce & Associates P C,    1 North Dearborn Suite 1300,
                Chicago, IL 60602-4373
22975459       +Nationstar Mortgage, LLC,    c/o Pierce and Associates,    1 N. Dearborn, Suite 1300,
                Chicago, IL 60602-4321
22898164       +Northland Group Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
22898166       +Pan American Bank,    PO Box 790408,    Saint Louis, MO 63179-0408
22898165       +Pan American Bank,    1440 W North Ave,    Melrose Park, IL 60160-1422
22898172       +Partnership Financial,    5940 Lincoln Ave,    Morton Grove, IL 60053-3350
22898173       +Partnership Financial CU,    Customer Service,    PO Box 30495,    Tampa, FL 33630-3495
22898175       +Sharon Nicholson,    10743 S Yates, Unit 314,    Chicago, IL 60617-6454
22898176       +Shellpoint,    55 Beattie Place,    Greenville, SC 29601-2165
22898177       +Signature Bank,    6400 N Northwest Hwy,    Chicago, IL 60631-1793
22898179       +Sylvia Smith,    906 E Hackberry Dr,    Arlington Heights, IL 60004-1527
22898181       +Veterinary Specialty Center,    1515 Busch Parkway,    Buffalo Grove, IL 60089-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: FGAPALOIAN.COM Jun 05 2015 00:13:00      Gus A Paloian,    Seyfarth, Shaw, Et Al,
                131 South Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
22898132       +EDI: AMEREXPR.COM Jun 05 2015 00:13:00      American Express,    PO Box 0001,
                Los Angeles, CA 90096-8000
22898141        EDI: BANKAMER.COM Jun 05 2015 00:13:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
22898144        EDI: CITICORP.COM Jun 05 2015 00:13:00      Citibank Usa,
                Citicorp Credit Services/Attn:Centralize,    Po Box 20507,    Kansas City, MO 64195
22898142       +EDI: CAPITALONE.COM Jun 05 2015 00:13:00      Cap1/mnrds,    26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
22898143       +EDI: CHRM.COM Jun 05 2015 00:14:00      Chrysler Capital,    Po Box 961275,
                Fort Worth, TX 76161-0275
22898153       +EDI: RMSC.COM Jun 05 2015 00:13:00      Dicks,    PO Box 530916,    Atlanta, GA 30353-0916
23143205        E-mail/Text: vlazo@dyckoneal.com Jun 05 2015 00:40:30      Dyck-O'Neal Inc.,    PO Box 601549,
                Dallas, Tx 75360-1549
22898174       +EDI: SEARS.COM Jun 05 2015 00:13:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
22898180       +EDI: AMEREXPR.COM Jun 05 2015 00:13:00      The Optima Card,    Box 0001,
                Los Angeles, CA 90096-8000
22898182       +EDI: WFFC.COM Jun 05 2015 00:13:00      Wells Fargo,    PO Box 54349,
                Los Angeles, CA 90054-0349
                                                                                              TOTAL: 11
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22898133*      +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
22898138*      +Beverly Bank and Trust,    10258 S Western Ave,    Chicago, IL 60643-1948
22898139*      +Beverly Bank and Trust,    10258 S Western Ave,    Chicago, IL 60643-1948
22898140*      +Beverly Bank and Trust,    10258 S Western Ave,    Chicago, IL 60643-1948
22898145*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,    Kansas City, MO 64195)
22898148*      +City of Chicago,    Department of Finance,    PO Box 6330,    Chicago, IL 60680-6330
22898149*      +City of Chicago,    Department of Finance,    PO Box 6330,    Chicago, IL 60680-6330
22898159*      +Marquette National Ban,    6316 S Western Ave,    Chicago, IL 60636-2491
22898160*      +Marquette National Ban,    6316 S Western Ave,    Chicago, IL 60636-2491
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Jun 04, 2015
                              Form ID: ntcftfc7           Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
22898161*      +Marquette National Ban,    6316 S Western Ave,    Chicago, IL 60636-2491
22898167*      +Pan American Bank,    1440 W North Ave,    Melrose Park, IL 60160-1422
22898168*      +Pan American Bank,    1440 W North Ave,    Melrose Park, IL 60160-1422
22898169*      +Pan American Bank,    1440 W North Ave,    Melrose Park, IL 60160-1422
22898170*      +Pan American Bank,    1440 W North Ave,    Melrose Park, IL 60160-1422
22898171*      +Pan American Bank,    1440 W North Ave,    Melrose Park, IL 60160-1422
22898178*      +Signature Bank,    6400 N Northwest Hwy,    Chicago, IL 60631-1793
                                                                                             TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Damon G Newman    on behalf of Creditor    Beverly Bank and Trust Company
               dnewman@noonanandlieberman.com
              David H Cutler    on behalf of Debtor Ronald R Smith cutlerfilings@gmail.com
              Gus A Paloian     gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              James Patrick Sullivan    on behalf of Creditor    Signature Bank jsulliva@chapman.com
              Mia D D'Andrea    on behalf of Creditor    Signature Bank dandrea@chapman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Creditor    Marquette Bank rostler@gsgolaw.com
              Toni  Townsend    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
               toni.townsend@pierceservices.com,   northerndistrict@atty-pierce.com
                                                                                             TOTAL: 9
```