**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-03816 |
| | § | |
| RONALD R SMITH | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/05/2015. The undersigned trustee was appointed on 02/05/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $55,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $18.31 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $54,981.69 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/04/2015 and the deadline for filing government claims was 09/04/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,000.00, for a total compensation of $6,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2016            By:    /s/ Gus A. Paloian
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 15-03816-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SMITH, RONALD R | Date Filed (f) or Converted (c): | 02/05/2015 (f) |
| For the Period Ending: | 11/3/2016 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence - 906 E Hackberry Dr, Arlington Heights Illinois (Value per zillow 10/20/14 $319,000) | $319,000.00 | $121,509.00 | | $55,000.00 | FA |
| Asset Notes: | TRUSTEE ADMINISTERED THIS ASSET | | | | | |
| 2 | Single Family Rental - 7353 S Aberdine, Chicago Illinois | $38,000.00 | $0.00 | | $0.00 | FA |
| 3 | Single Family Rental - 6237 S Damen, Chicago Illinois | $35,000.00 | $0.00 | | $0.00 | FA |
| 4 | Single Family Rental - 7642 S Calumet, Chicago Illinois | $105,000.00 | $0.00 | | $0.00 | FA |
| 5 | Single Family rental - 6808 S Evans, Chicago Illinois | $50,000.00 | $0.00 | | $0.00 | FA |
| 6 | Single Family Rental - 6901 Woodlawn, Chicago Illinois | $50,000.00 | $0.00 | | $0.00 | FA |
| 7 | Single Family Rental - 11628 S Church, Chicago IL (SURRENDERING) | $89,000.00 | $863.00 | | $0.00 | FA |
| 8 | Single Family Rental - 9432 S LaSalle Chicago IL (SURRENDERING) | $126,000.00 | $3,331.00 | | $0.00 | FA |
| 9 | Vacant Lot - 9434 LaSalle St, Chicago Illinois | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 10 | Checking - Pan American Bank | $200.00 | $200.00 | | $0.00 | FA |
| 11 | Checking - PNC Bank | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12 | Checking - Signature Bank | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Checking - Beverly Bank | $47.00 | $47.00 | | $0.00 | FA |
| 14 | Personal possessions in home at liquidation value (joint with non-filing spouse | $750.00 | $750.00 | | $0.00 | FA |
| 15 | Personal clothing | $400.00 | $0.00 | | $0.00 | FA |
| 16 | Watch | $50.00 | $0.00 | | $0.00 | FA |
| 17 | Term life insurance | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 401k | $14,000.00 | $0.00 | | $0.00 | FA |
| 19 | 401k | $13,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 15-03816-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SMITH, RONALD R | Date Filed (f) or Converted (c): | 02/05/2015 (f) |
| For the Period Ending: | 11/3/2016 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  100% interest Chicago and Suburban Mortgage Corp (LLC) owns property located at 7442 S Colfax, Chicago Illinois value of property $75,000 less mortgage $111,000 and 6127 S Washtenaw, Chicago Illinois $65,000 value less $82,000 mortgage, 5956 S Washtenaw, Chicago Illinois value 100,000 less mortgage of $121,000. | $0.00 | $0.00 | | $0.00 | FA |
| 21  50% interest Bishop Properties LLC (LLC) owns 6532 S Talman, Chicago Illinois value 65,000 less 85,000, 8040 S Emerald, Chicago Illinois value 60,000 less mortgage $83,500, Property 6339 S Artesian, Chicago Illinois value $100,000 less mortgage $137,000, 9237 S Harper, Chicago Illinois value 75,000 less mortgage $90,000 | $0.00 | $0.00 | | $0.00 | FA |
| 22  50% interest Savrock LLC owns 624 E 92nd Street, Chicago Illinois value 75,000 less mortgage $61,000, LLC, University value $65,000 less mortgage $90,000, Campbell value 75,000 less mortgage $90,000, 6942 S Artesian, Chicago Illinois value $70,000 less mortgage $91,000, 6118 Washtenaw, Chicago Illinois value $70,000 mortgage $92,000, 6431 Talman, Chicago Illinois value $60,000 less mortgage $88,000, 9237 S Harper, Chicago Illinois value $70,000 less mortgage $91,000. | $0.00 | $0.00 | | $0.00 | FA |
| 23  100% Interst Prestige Kitchen & Bath, Inc. (Installation of kitchens and baths. No value to business only assets are displays which have no resale value and cash in bank) | $0.00 | $0.00 | | $0.00 | FA |
| 24  2008 Acura TL 127,000 miles | $7,500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3  Exhibit A

| **Case No.:** | 15-03816-JPC | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | SMITH, RONALD R | **Date Filed (f) or Converted (c):** | 02/05/2015 (f) |
| | | **§341(a) Meeting Date:** | 03/11/2015 |
| **For the Period Ending:** | 11/3/2016 | **Claims Bar Date:** | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $851,947.00 | $130,700.00 | | $55,000.00 | $0.00 |

**Major Activities affecting case closing:**

09/30/2016   Initial Report of Assets was filed on 6/2/15. Trustee sold Debtor's equity interest in real property. The case is ready to close.

Final Report was submitted to UST on September 29, 2016.

**Initial Projected Date Of Final Report (TFR):**  12/31/2015    **Current Projected Date Of Final Report (TFR):**  09/30/2016    /s/ GUS A. PALOIAN

GUS A. PALOIAN

Page No: 1 Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-03816-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SMITH, RONALD R | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***7103 | Checking Acct #: | ******0358 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Ronald R. Smith |
| For Period Beginning: | 2/5/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/3/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 11/24/2015 | (1) | David Cutler Attorney Client Trust Account | Sale of Debtor's equity interest | 1110-000 | $45,000.00 | | $45,000.00 |
| 02/22/2016 | 1001 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $18.31 | $44,981.69 |
| 10/18/2016 | (1) | RONALD R. SMITH | LUMP SUM PAYMENT OF FINAL SETTLEMENT FUNDS | 1110-000 | $10,000.00 | | $54,981.69 |
| | | | **TOTALS:** | | $55,000.00 | $18.31 | $54,981.69 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $55,000.00 | $18.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $55,000.00 | $18.31 | |

**For the period of 2/5/2015 to 11/3/2016**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/19/2015 to 11/3/2016**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-03816-JPC | | Trustee Name: | Gus A. Paloian |
| Case Name: | SMITH, RONALD R | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***7103 | | Checking Acct #: | ******0358 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Ronald R. Smith |
| For Period Beginning: | 2/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/3/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $55,000.00 | $18.31 | $54,981.69 |

**For the period of 2/5/2015 to 11/3/2016**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/05/2015 to 11/3/2016**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

| Case No. | 15-03816-JPC | | | | | Trustee Name: | | Gus A. Paloian | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SMITH, RONALD R | | | | | Date: | | 11/3/2016 | | | |
| Claims Bar Date: | 09/04/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN 131 S. Dearborn Street Suite 2400 Chicago IL 60603 | 07/20/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| | SEYFARTH SHAW LLP | 07/25/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $512.40 | $512.40 | $512.40 | $0.00 | $0.00 | $0.00 | $512.40 |
| | POPOWCER KATTEN, LTD. 35 E. WACKER DR., SUITE 1550 CHICAGO IL 60601 | 09/08/2016 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $918.00 | $918.00 | $918.00 | $0.00 | $0.00 | $0.00 | $918.00 |
| ATTY | SEYFARTH SHAW LLP | 07/25/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $9,807.00 | $9,807.00 | $9,807.00 | $0.00 | $0.00 | $0.00 | $9,807.00 |
| 1 | AMALGAMATED BK CHICAGO PO BOX 1106 Chicago IL 60690-1106 | 06/15/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,182.43 | $5,182.43 | $0.00 | $0.00 | $0.00 | $5,182.43 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 06/17/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,194.61 | $2,194.61 | $0.00 | $0.00 | $0.00 | $2,194.61 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 06/17/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,313.50 | $1,313.50 | $0.00 | $0.00 | $0.00 | $1,313.50 |

| Case No.: | 15-03816-JPC | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | SMITH, RONALD R | | | Date: | 11/3/2016 |
| Claims Bar Date: | 09/04/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CAVALRY SPV I, LLC<br><br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 07/27/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,160.17 | $2,160.17 | $0.00 | $0.00 | $0.00 | $2,160.17 |
| 5 | AMERICAN EXPRESS BANK, FSB<br>Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 08/18/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,363.64 | $4,363.64 | $0.00 | $0.00 | $0.00 | $4,363.64 |

**Claim Notes:**   (5-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 08/19/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,033.31 | $1,033.31 | $0.00 | $0.00 | $0.00 | $1,033.31 |
| 7 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 08/19/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,032.20 | $1,032.20 | $0.00 | $0.00 | $0.00 | $1,032.20 |

**Claim Notes:**   (7-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 08/19/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,398.82 | $1,398.82 | $0.00 | $0.00 | $0.00 | $1,398.82 |

**Claim Notes:**   (8-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | 08/28/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,487.58 | $7,487.58 | $0.00 | $0.00 | $0.00 | $7,487.58 |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No. | 15-03816-JPC | | Trustee Name: | Gus A. Paloian |
| Case Name: | SMITH, RONALD R | | Date: | 11/3/2016 |
| Claims Bar Date: | 09/04/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DYCK-O'NEAL INC. PO Box 601549 Dallas Tx 75360 | 09/01/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $135,491.30 | $135,491.30 | $0.00 | $0.00 | $0.00 | $135,491.30 |
| 11 | SIGNATURE BANK Chapman and Cutler LLP c/o James P Sullivan 111 W Monroe Street Chicago IL 60603 | 09/04/2015 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $53,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Withdrawn

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11a | SIGNATURE BANK Chapman and Cutler LLP c/o James P Sullivan 111 W Monroe Street Chicago IL 60603 | 09/04/2015 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $117,868.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $349,762.97 | $178,894.96 | $0.00 | $0.00 | $0.00 | $0.00 | $178,894.96 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 15-03816-JPC | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | SMITH, RONALD R | | **Date:** | 11/3/2016 |
| **Claims Bar Date:** | 09/04/2015 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Fees (Other firm) | $918.00 | $918.00 | $0.00 | $0.00 | $0.00 | $918.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $512.40 | $512.40 | $0.00 | $0.00 | $0.00 | $512.40 |
| Attorney for Trustee Fees (Trustee Firm) | $9,807.00 | $9,807.00 | $0.00 | $0.00 | $0.00 | $9,807.00 |
| General Unsecured 726(a)(2) | $279,525.57 | $161,657.56 | $0.00 | $0.00 | $0.00 | $161,657.56 |
| SECURED CLAIMS | $53,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-03816
Case Name:     RONALD R SMITH
Trustee Name:  Gus A. Paloian

                                                  Balance on hand:       $54,981.69

Claims of secured creditors will be paid as follows:

            Total to be paid to secured creditors:       $0.00
                              Remaining balance:     $54,981.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $9,807.00 | $0.00 | $9,807.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $512.40 | $0.00 | $512.40 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $918.00 | $0.00 | $918.00 |

      Total to be paid for chapter 7 administrative expenses:     $17,237.40
                                Remaining balance:     $37,744.29

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

      Total to be paid to prior chapter administrative expenses:     $0.00
                                Remaining balance:     $37,744.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $37,744.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $161,657.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Amalgamated Bk Chicago | $5,182.43 | $0.00 | $1,210.02 |
| 2 | PYOD, LLC its successors and assigns as assignee | $2,194.61 | $0.00 | $512.40 |
| 3 | PYOD, LLC its successors and assigns as assignee | $1,313.50 | $0.00 | $306.68 |
| 4 | Cavalry Spv I, LLC | $2,160.17 | $0.00 | $504.36 |
| 5 | American Express Bank, FSB | $4,363.64 | $0.00 | $1,018.84 |
| 6 | Capital Recovery V, LLC | $1,033.31 | $0.00 | $241.26 |
| 7 | American Express Centurion Bank | $1,032.20 | $0.00 | $241.00 |
| 8 | American Express Bank, FSB | $1,398.82 | $0.00 | $326.60 |
| 9 | Citibank, N.A. | $7,487.58 | $0.00 | $1,748.22 |
| 10 | Dyck-O'Neal Inc. | $135,491.30 | $0.00 | $31,634.91 |

| | Total to be paid to timely general unsecured claims: | $37,744.29 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**