# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 15-03816 |
| | ) | |
| **RONALD R. SMITH,** | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: January 5, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 22, 2016, he caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report** and **Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: November 22, 2016            /s/ Bret M. Harper
                                        Bret M. Harper

# RONALD R. SMITH
# SERVICE LIST

**SERVED VIA ELECTRONIC CM/ECF**

| | |
|---|---|
| David H. Cutler | cutlerfilings@gmail.com |
| Mia D. D'Andrea | dandrea@chapman.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Andrew J. Nelson | anelson@atty-pierce.com, northerndistrict@atty-pierce.com |
| Damon G. Newman | dnewman@noonanandlieberman.com |
| Raymond J. Ostler | rostler@gsgolaw.com |
| James Patrick Sullivan | jsulliva@chapman.com |
| Toni Townsend | toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com |
| Jack N. Zaharopoulos | jackz@rsmalaw.com |

**SERVED VIA CERTIFIED U.S. MAIL, POSTAGE PREPAID**

Brian Moynihan
Chief Executive Officer
Bank of America
100 North Tryon Street, Suite 170
Charlotte, North Carolina 28202

Chase Bank
c/o J.P. Morgan Chase & Co.
Attn: Mark W. O'Donovan
Managing Director and Corporate Controller
270 Park Avenue
New York, NY 10017

Howard Jaffe
Chief Executive Officer
Inland Bank & Trust

2805 Butterfield Road, Suite 200
Oak Brook, Illinois 60523

Robert M. Wrobel
Chairman of the Board and Chief Executive Officer
Amalgamated Bank Chicago
One West Monroe
Chicago, IL 60603-5384

Randall J. Erickson
Executive Vice President, General Counsel
and Corporate Secretary
Associated Bank
433 Main Street
Green Bay, WI 54301

Mike Johnstone
Chief Executive Officer
Beverly Bank and Trust
10258 S Western Avenue
Chicago, IL 60643

2

35956175v.1

Richard D. Fairbank
Chief Executive Officer
Capital One Bank USA NA
c/o TSYS Debt Management (TDM)
P.O. Box 5155
Norcross, GA 30091

Salvador Villar
Chief Executive Officer
Citibank Banamex, USA
2029 Century Park E 42 FL
Los Angeles, CA 90067-2901

Jorge Gonzalez
President and Chief Financial Officer
City National Bank
25 West Flagler Street
Miami, FL 33130

George S. Moncada
President and Chief Financial Officer
Marquette Bank
6316 South Western Avenue
Chicago, Illinois 60636

Frank C. Cerrone
President and Director
Pan American Bank
1440 West North Avenue #1
Chicago, IL  60160

Joseph J. DePaolo
President and Chief Executive Officer
Signature Bank
565 Fifth Avenue
New York, NY 10017

John G. Stumpf
Chairman, President and Chief Executive Officer
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

**VIA UNITED STATES MAIL**

American Express
PO Box 0001
Los Angeles, CA 90096-8000

Amalgamated Trust
1 W. Monroe Street
Chicago, IL 60603-3501

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anderson Dental
5136 N. Harlem
Harwood Heights, IL 60706-3617

Capital Recovery V, LLC
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Cavalry Spv I, LLC
Assignee of Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

3

35956175v.1

Chrysel Capital
P.O. Box 961275
Ft. Worth, TX 76161-0275

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

City National Bank/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

City of Chicago
Department of Finance
PO Box 6330
Chicago, IL 60680-6330

City of Chicago
PO Box 6330
Chicago, IL 60680-6330

City of Chicago – Water Department
333 S State St
Chicago, IL 60604-3972

Dan Korvas
720 Victoria Lane
Palatine, IL 60074

Dicks
PO Box 530916
Atlanta, GA 30353-0916

Law Office of Kenneth Freed
14226 Ventura Blvd
Sherman Oaks, CA 91423-2715

Harris & Harris LTD
111 W Jackson Blvd, Suite 400
Chicago, IL 60604-4135

Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606-6974

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street
Room 873
Chicago, IL 60604-2027

New Penn Financial d/b/a Shellpoint Mortgage
c/o Randall Miller & Associates LLC
120 N LaSalle #1140
Chicago, IL 60602-2426

Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9096

Northland Group Inc.
PO Box 390905
Mail Code CSB2
Minneapolis, MN 55439-0905

Partnership Financial
5940 Lincoln Avenue
Morton Grove, IL 60053-3350

PYOD, LLC its successors and assigns
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sears/CBNA
PO Box 6283
Sioux Falls, SD 57117-6283

Partnership Financial CU
Customer Service
PO Box 30495
Tampa, FL 33630-3495

Shellpoint
55 Beattie Place
Greenville, SC 29601-2165

4

35956175v.1

Sharon Nicholson
undeliverable as addressed
10743 S Yates, Unite 314
Chicago, IL 60617-6454

Dyck-O'Neal, Inc.
PO Box 601549
Dallas, TX 75360-1549

Home Depot
Processing Center
Des Moines, IA 50364

The Optima Card
Box 0001
Los Angeles, CA 90096-8000

Veterinary Specialty Center
1515 Busch Parkway
Buffalo Grove, IL 60089-2686

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Drive
Lewisville, TX 75067

5

35956175v.1