# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-03816 |
| | § | |
| RONALD R SMITH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $505,497.00 | Assets Exempt: | $42,450.00 |
| Total Distributions to Claimants: | $37,744.29 | Claims Discharged Without Payment: | $190,272.27 |
| Total Expenses of Administration: | $17,255.71 | | |

  3)  Total gross receipts of $55,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $55,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $784,473.00 | $53,000.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $17,255.71 | $17,255.71 | $17,255.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $83,595.00 | $279,525.57 | $161,657.56 | $37,744.29 |
| **Total Disbursements** | $868,068.00 | $349,781.28 | $178,913.27 | $55,000.00 |

4). This case was originally filed under chapter 7 on 02/05/2015.  The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/24/2017     By:   /s/ Gus A. Paloian
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Single Family Residence - 906 E Hackberry Dr, Arlington Heights Illinois (Value per zillow 10/20/14 $319,000) | 1110-000 | $55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Signature Bank | 4110-000 | $80,000.00 | $53,000.00 | $0.00 | $0.00 |
| | Chrysler Capital | 4110-000 | $10,259.00 | $0.00 | $0.00 | $0.00 |
| | City Ntl Bk/Ocwen Loan Service | 4110-000 | $9,181.00 | $0.00 | $0.00 | $0.00 |
| | Marquette National Ban | 4110-000 | $182,491.00 | $0.00 | $0.00 | $0.00 |
| | Marquette National Ban | 4110-000 | $109,042.00 | $0.00 | $0.00 | $0.00 |
| | Marquette National Ban | 4110-000 | $60,800.00 | $0.00 | $0.00 | $0.00 |
| | Marquette National Ban | 4110-000 | $51,075.00 | $0.00 | $0.00 | $0.00 |
| | Nationstar Mortgage LLC | 4110-000 | $122,669.00 | $0.00 | $0.00 | $0.00 |
| | Shellpoint | 4110-000 | $78,956.00 | $0.00 | $0.00 | $0.00 |
| | Signature Bank | 4110-000 | $80,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$784,473.00** | **$53,000.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $18.31 | $18.31 | $18.31 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $9,807.00 | $9,807.00 | $9,807.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $512.40 | $512.40 | $512.40 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $918.00 | $918.00 | $918.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $17,255.71 | $17,255.71 | $17,255.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Amalgamated Bk Chicago | 7100-000 | $4,409.00 | $5,182.43 | $5,182.43 | $1,210.02 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $2,194.61 | $2,194.61 | $512.40 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $1,313.50 | $1,313.50 | $306.68 |
| 4 | Cavalry Spv I, LLC | 7100-000 | $316.00 | $2,160.17 | $2,160.17 | $504.36 |
| 5 | American Express Bank, FSB | 7100-000 | $2,984.00 | $4,363.64 | $4,363.64 | $1,018.84 |
| 6 | Capital Recovery V, LLC | 7100-000 | $842.00 | $1,033.31 | $1,033.31 | $241.26 |
| 7 | American Express Centurion Bank | 7100-000 | $0.00 | $1,032.20 | $1,032.20 | $241.00 |
| 8 | American Express Bank, FSB | 7100-000 | $1,198.00 | $1,398.82 | $1,398.82 | $326.60 |
| 9 | Citibank, N.A. | 7100-000 | $7,487.00 | $7,487.58 | $7,487.58 | $1,748.22 |
| 10 | Dyck-O'Neal Inc. | 7100-000 | $0.00 | $135,491.30 | $135,491.30 | $31,634.91 |
| 11a | Signature Bank | 7100-000 | $0.00 | $117,868.01 | $0.00 | $0.00 |
| | Amalgmtd Tr | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anderkon Dental | 7100-000 | $3,253.00 | $0.00 | $0.00 | $0.00 |
| | Anthony Campanale | 7100-000 | $3,663.00 | $0.00 | $0.00 | $0.00 |
| | Associated Bank | 7100-000 | $13,985.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | Beverly Bank and Trust | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bk Of Amer | 7100-000 | $10,297.00 | $0.00 | $0.00 | $0.00 |
| | Citibank Usa | 7100-000 | $8.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $567.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $590.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago - Water Department | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Harris | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris LTD | 7100-000 | $177.00 | $0.00 | $0.00 | $0.00 |
| | Home Depot | 7100-000 | $1,230.00 | $0.00 | $0.00 | $0.00 |
| | Law Office of Kenneth Freed | 7100-000 | $378.00 | $0.00 | $0.00 | $0.00 |
| | Merchants Cr | 7100-000 | $864.00 | $0.00 | $0.00 | $0.00 |
| | Pan American Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pan American Bank | 7100-000 | $9,094.00 | $0.00 | $0.00 | $0.00 |
| | Partnership Financial | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| | Partnership Financial CU | 7100-000 | $9,755.00 | $0.00 | $0.00 | $0.00 |
| | Sears/cbna | 7100-000 | $345.00 | $0.00 | $0.00 | $0.00 |
| | Sharon Nicholson | 7100-000 | $1,017.00 | $0.00 | $0.00 | $0.00 |
| | The Optima Card | 7100-000 | $931.00 | $0.00 | $0.00 | $0.00 |
| | Veterinary Specialty Center | 7100-000 | $1,189.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 7100-000 | $8,736.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $83,595.00 | $279,525.57 | $161,657.56 | $37,744.29 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-03816-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SMITH, RONALD R | Date Filed (f) or Converted (c): | 02/05/2015 (f) |
| For the Period Ending: | 7/24/2017 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single Family Residence - 906 E Hackberry Dr, Arlington Heights Illinois (Value per zillow 10/20/14 $319,000) | $319,000.00 | $121,509.00 | | $55,000.00 | FA |
| **Asset Notes:**   TRUSTEE ADMINISTERED THIS ASSET | | | | | |
| 2  Single Family Rental - 7353 S Aberdine, Chicago Illinois | $38,000.00 | $0.00 | | $0.00 | FA |
| 3  Single Family Rental - 6237 S Damen, Chicago Illinois | $35,000.00 | $0.00 | | $0.00 | FA |
| 4  Single Family Rental - 7642 S Calumet, Chicago Illinois | $105,000.00 | $0.00 | | $0.00 | FA |
| 5  Single Family rental - 6808 S Evans, Chicago Illinois | $50,000.00 | $0.00 | | $0.00 | FA |
| 6  Single Family Rental - 6901 Woodlawn, Chicago Illinois | $50,000.00 | $0.00 | | $0.00 | FA |
| 7  Single Family Rental - 11628 S Church, Chicago IL (SURRENDERING) | $89,000.00 | $863.00 | | $0.00 | FA |
| 8  Single Family Rental - 9432 S LaSalle Chicago IL (SURRENDERING) | $126,000.00 | $3,331.00 | | $0.00 | FA |
| 9  Vacant Lot - 9434 LaSalle St, Chicago Illinois | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 10  Checking - Pan American Bank | $200.00 | $200.00 | | $0.00 | FA |
| 11  Checking - PNC Bank | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12  Checking - Signature Bank | $0.00 | $0.00 | | $0.00 | FA |
| 13  Checking - Beverly Bank | $47.00 | $47.00 | | $0.00 | FA |
| 14  Personal possessions in home at liquidation value (joint with non-filing spouse | $750.00 | $750.00 | | $0.00 | FA |
| 15  Personal clothing | $400.00 | $0.00 | | $0.00 | FA |
| 16  Watch | $50.00 | $0.00 | | $0.00 | FA |
| 17  Term life insurance | $0.00 | $0.00 | | $0.00 | FA |
| 18  401k | $14,000.00 | $0.00 | | $0.00 | FA |
| 19  401k | $13,000.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 15-03816-JPC | Trustee Name: | Gus A. Paloian |
| Case Name: | SMITH, RONALD R | Date Filed (f) or Converted (c): | 02/05/2015 (f) |
| For the Period Ending: | 7/24/2017 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 09/04/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | 100% interest Chicago and Suburban Mortgage Corp (LLC) owns property located at 7442 S Colfax, Chicago Illinois value of property $75,000 less mortgage $111,000 and 6127 S Washtenaw, Chicago Illinois $65,000 value less $82,000 mortgage, 5956 S Washtenaw, Chicago Illinois value 100,000 less mortgage of $121,000 | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 50% interest Bishop Properties LLC (LLC) owns 6532 S Talman, Chicago Illinois value 65,000 less 85,000, 8040 S Emerald, Chicago Illinois value 60,000 less mortgage $83,500, Property 6339 S Artesian, Chicago Illinois value $100,000 less mortgage $137,000, 9237 S Harper, Chicago Illinois value 75,000 less mortgage $90,000 | $0.00 | $0.00 | | $0.00 | FA |
| 22 | 50% interest Savrock LLC owns 624 E 92nd Street, Chicago Illinois value 75,000 less mortgage $61,000, LLC, University value $65,000 less mortgage $90,000, Campbell value 75,000 less mortgage $90,000, 6942 S Artesian, Chicago Illinois value $70,000 less mortgage $91,000, 6118 Washtenaw, Chicago Illinois value $70,000 mortgage $92,000, 6431 Talman, Chicago Illinois value $60,000 less mortgage $88,000, 9237 S Harper, Chicago Illinois value $70,000 less mortgage $91,000. | $0.00 | $0.00 | | $0.00 | FA |
| 23 | 100% Interst Prestige Kitchen & Bath, Inc. (Installation of kitchens and baths. No value to business only assets are displays which have no resale value and cash in bank) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | 2008 Acura TL 127,000 miles | $7,500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| **Case No.:** | 15-03816-JPC | | **Trustee Name:** | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| **Case Name:** | SMITH, RONALD R | | **Date Filed (f) or Converted (c):** | 02/05/2015 (f) |
| **For the Period Ending:** | 7/24/2017 | | **§341(a) Meeting Date:** | 03/11/2015 |
| | | | **Claims Bar Date:** | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $851,947.00 | $130,700.00 | | $55,000.00 | $0.00 |

**Major Activities affecting case closing:**
09/30/2016    Final Account has been prepared and will be submitted to UST.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | **Current Projected Date Of Final Report (TFR):** | 09/30/2016 | /s/ GUS A. PALOIAN |
| --- | --- | --- | --- | --- |
| | | | | GUS A. PALOIAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-03816-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SMITH, RONALD R | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***7103 | Checking Acct #: | ******0358 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Ronald R. Smith |
| For Period Beginning: | 2/5/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/24/2015 | (1) | David Cutler Attorney Client Trust Account | Sale of Debtor's equity interest | 1110-000 | $45,000.00 | | $45,000.00 |
| 02/22/2016 | 1001 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $18.31 | $44,981.69 |
| 10/18/2016 | (1) | RONALD R. SMITH | LUMP SUM PAYMENT OF FINAL SETTLEMENT FUNDS | 1110-000 | $10,000.00 | | $54,981.69 |
| 01/09/2017 | 1002 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $918.00 | $54,063.69 |
| 01/09/2017 | 1003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $512.40 | $53,551.29 |
| 01/09/2017 | 1004 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $9,807.00 | $43,744.29 |
| 01/09/2017 | 1005 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $6,000.00 | $37,744.29 |
| 01/09/2017 | 1006 | Amalgamated Bk Chicago | Claim #: 1; Distribution Dividend: 23.35; | 7100-000 | | $1,210.02 | $36,534.27 |
| 01/09/2017 | 1007 | PYOD, LLC its successors and assigns as assignee | Claim #: 2; Distribution Dividend: 23.35; | 7100-000 | | $512.40 | $36,021.87 |
| 01/09/2017 | 1008 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Distribution Dividend: 23.35; | 7100-000 | | $306.68 | $35,715.19 |
| 01/09/2017 | 1009 | Cavalry Spv I, LLC | Claim #: 4; Distribution Dividend: 23.35; | 7100-000 | | $504.36 | $35,210.83 |
| 01/09/2017 | 1010 | American Express Bank, FSB | Claim #: 5; Distribution Dividend: 23.35; | 7100-000 | | $1,018.84 | $34,191.99 |
| 01/09/2017 | 1011 | Capital Recovery V, LLC | Claim #: 6; Distribution Dividend: 23.35; | 7100-000 | | $241.26 | $33,950.73 |
| 01/09/2017 | 1012 | American Express Centurion Bank | Claim #: 7; Distribution Dividend: 23.35; | 7100-000 | | $241.00 | $33,709.73 |
| 01/09/2017 | 1013 | American Express Bank, FSB | Claim #: 8; Distribution Dividend: 23.35; | 7100-000 | | $326.60 | $33,383.13 |
| 01/09/2017 | 1014 | Citibank, N.A. | Claim #: 9; Distribution Dividend: 23.35; | 7100-000 | | $1,748.22 | $31,634.91 |
| 01/09/2017 | 1015 | Dyck-O'Neal Inc. | Claim #: 10; Distribution Dividend: 23.35; | 7100-000 | | $31,634.91 | $0.00 |

**SUBTOTALS** $55,000.00 $55,000.00

FORM 2

Page No: 2                                             Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 15-03816-JPC |
| **Case Name:** | SMITH, RONALD R |
| **Primary Taxpayer ID #:** | **-***7103 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/5/2015 |
| **For Period Ending:** | 7/24/2017 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0358 |
| **Account Title:** | Ronald R. Smith |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $55,000.00 | $55,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $55,000.00 | $55,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $55,000.00 | $55,000.00 | |

**For the period of 2/5/2015 to 7/24/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $55,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/19/2015 to 7/24/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $55,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-03816-JPC | |
| Case Name: | SMITH, RONALD R | |
| Primary Taxpayer ID #: | **-***7103 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/5/2015 | |
| For Period Ending: | 7/24/2017 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0358 |
| Account Title: | Ronald R. Smith |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $55,000.00 | $55,000.00 | $0.00 |

**For the period of 2/5/2015 to 7/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $55,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/05/2015 to 7/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $55,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN